# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>SUBPOENA FOR ATTENDANCE OF WITNESS<br><br>FULTON COUNTY SPECIAL PURPOSE GRAND JURY | Civil Action File No. 1:22-cv-02794-LMM |

## MOTION TO QUASH

Pursuant to Fed. R. Civ. P. 45, Congressman Jody Hice respectfully moves to quash the subpoena issued to him by the Special Purpose Grand Jury in Fulton County Superior Court.

The Motion to Quash is accompanied and supported by a memorandum of points and authorities in support.

Respectfully submitted this 18th day of July, 2022.

                                         **THE GOBER GROUP PLC**

                                         By: *s/ Loree Anne Paradise*
                                               Loree Anne Paradise
                                               Georgia Bar No. 382202
                                               14425 Falconhead Blvd., Building E-100
                                               Austin, TX 73738
                                               512-534-1787
                                               lap@gobergroup.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing brief was prepared double-spaced in 13-point Book Antiqua font, approved by the Court in Local Rule 5.1(C).

<u>*s/ Loree Anne Paradise*</u>
Loree Anne Paradise

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following by email:

Fani T. Willis
Michael Hill
Office of the Fulton County District Attorney
136 Pryor St. SW
3rd Floor
Atlanta, GA  30303
Mike.Hill@fultoncountyga.gov

Dated this 18th day of July, 2022.

                                           *s/ Loree Anne Paradise*
                                           Loree Anne Paradise