IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SUBPOENA FOR ATTENDANCE OF WITNESS | : | CIVIL ACTION NO. 1:22-cv-02794-LMM |
| | : | |
| FULTON COUNTY SPECIAL PURPOSE GRAND JURY | : | |
| | : | |

## ORDER

This matter is before the Court on Congressman Jody Hice's Motion to Quash. Dkt. [2]. The Office of the Fulton County District Attorney is hereby **ORDERED** to respond by noon on Thursday, July 21, 2022. Any reply shall be filed by 9:00 AM on Friday, July 22, 2022.

A hearing on the motion is set for **Monday, July 25, 2022, at 2:00 PM in Courtroom 2107** of the Richard B. Russell Federal Building, 75 Ted Turner Dr. S.W., Atlanta, Georgia 30303.

**IT IS SO ORDERED** this 18th day of July, 2022.

_____
**Leigh Martin May**
**United States District Judge**