# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>SUBPOENA FOR ATTENDANCE OF WITNESS<br><br>FULTON COUNTY SPECIAL PURPOSE GRAND JURY | Civil Action File No. 1:22-cv-02794-LMM |

## MISCELLANEOUS NOTICE

Following an agreement made earlier today between legal counsel for Congressman Jody Hice and the Fulton County District Attorney's Office, Congressman Jody Hice will not be testifying before the Fulton County Special Purpose Grand Jury on Tuesday, July 19, 2022 until this court has time to appropriately address the legal issues brought forth in Congressman Hice's Notice of Removal and Motion to Quash.

Respectfully submitted this 18th day of July, 2022.

**THE GOBER GROUP PLC**

By: *s/ Loree Anne Paradise*
Loree Anne Paradise
Georgia Bar No. 382202
14425 Falconhead Blvd., Building E-100
Austin, TX 73738
512-534-1787
lap@gobergroup.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing brief was prepared double-spaced in 13-point Book Antiqua font, approved by the Court in Local Rule 5.1(C).

*s/ Loree Anne Paradise*
Loree Anne Paradise

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following by email:

Fani T. Willis
Donald Wakeford
Nathan Wade
Office of the Fulton County District Attorney
136 Pryor St. SW
3rd Floor
Atlanta, GA  30303
FMcDonald.Wakeford@fultoncountyga.gov
nathanwade@lawyer.com

Dated this 18th day of July, 2022.

        *s/ Loree Anne Paradise*
        Loree Anne Paradise