IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SUBPOENA FOR ATTENDANCE OF WITNESS | : | CIVIL ACTION NO. 1:22-CV-02794-LMM |
| | : | |
| FULTON COUNTY SPECIAL PURPOSE GRAND JURY | : | |
| | : | |

# ORDER

This case comes before the Court on Congressman Jody Hice's Motion to Quash [2]. After due consideration, and with the benefit of a hearing, the Court enters the following Order.

The Court construes Congressman Hice's Motion to Quash as seeking to quash the Special Purpose Grand Jury subpoena in its entirety. See Dkt. No. [2]. Congressman Hice's Motion to Quash [2] is **DENIED without prejudice**. The parties now agree that there are certain questions that Congressman Hice may be required to answer. The Court also finds that both the Speech or Debate Clause of the U.S. Constitution and the "high-ranking official" doctrine may operate to prevent the Fulton County District Attorney's Office from obtaining answers to certain questions from Congressman Hice before the Special Purpose Grand Jury. Because the parties agree that the record should be more fully developed before the Court can address the applicability of these potential immunities to

specific questions, the Case is **REMANDED** to the Superior Court of Fulton County for further proceedings.

**IT IS SO ORDERED** this 25th day of July, 2022.

_____
**Leigh Martin May**
**United States District Judge**