IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>SUBPOENA FOR ATTENDANCE OF WITNESS<br><br>FULTON COUNTY SPECIAL PURPOSE GRAND JURY | Civil Action File No. 1:22-cv-02794-LMM |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and files this Notice of Appearance as attorney of record on behalf of the Fulton County Special Purpose Grand Jury in the above-cited case.

Respectfully submitted this 26th day of July, 2022.

          **FANI T. WILLIS**
          **DISTRICT ATTORNEY**

          By: *s/ F. McDonald Wakeford*
          F. McDonald Wakeford
          Chief Senior Assistant District Attorney
          Atlanta Judicial Circuit
          Georgia Bar No. 414898
          136 Pryor Street SW, Third Floor

Atlanta, Georgia 30303

fmcdonald.wakeford@fultoncountyga.gov

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing filing was prepared double-spaced in 13-point Book Antiqua font, approved by the Court in Local Rule 5.1(C).

*s/ F. McDonald Wakeford*
F. McDonald Wakeford

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following by email:

Loree Anne Paradise
Attorney for Movant
The Gober Group PLC
14425 Falconhead Blvd., Building E-100
Austin, TX 73738
lap@gobergroup.com

Dated this 26th day of July, 2022.

                *s/ F. McDonald Wakeford*

                F. McDonald Wakeford