# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 26, 2022

Clerk of the Court
Superior Court of Fulton County
136 Pryor Street
Fifth Floor
Atlanta, GA 30303

      RE:    Fulton County Special Purpose Grand Jury v. Hice
                  Your Case Number: 1:22-cv-02794-LMM

Dear Clerk:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                          Sincerely,

                          Kevin P. Weimer
                          District Court Executive
                          and Clerk of Court

                By:   s/Kenny Molina
                          Deputy Clerk

Enclosure

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Jul 26 2022
KEVIN P. WEIMER, Clerk
By: Kenny Molina
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SUBPOENA FOR ATTENDANCE OF WITNESS | : | CIVIL ACTION NO. 1:22-CV-02794-LMM |
| | : | |
| FULTON COUNTY SPECIAL PURPOSE GRAND JURY | : | |
| | : | |

## ORDER

This case comes before the Court on Congressman Jody Hice's Motion to Quash [2]. After due consideration, and with the benefit of a hearing, the Court enters the following Order.

The Court construes Congressman Hice's Motion to Quash as seeking to quash the Special Purpose Grand Jury subpoena in its entirety. See Dkt. No. [2]. Congressman Hice's Motion to Quash [2] is **DENIED without prejudice**. The parties now agree that there are certain questions that Congressman Hice may be required to answer. The Court also finds that both the Speech or Debate Clause of the U.S. Constitution and the "high-ranking official" doctrine may operate to prevent the Fulton County District Attorney's Office from obtaining answers to certain questions from Congressman Hice before the Special Purpose Grand Jury. Because the parties agree that the record should be more fully developed before the Court can address the applicability of these potential immunities to

specific questions, the Case is **REMANDED** to the Superior Court of Fulton County for further proceedings.

**IT IS SO ORDERED** this 25th day of July, 2022.

_____
**Leigh Martin May**
**United States District Judge**